UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRACH E. NORRIS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>STEVE SINCLAIR,<br><br>　　　　　　　Defendant. | NO:  CV-12-5009-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE |

　　　　Magistrate Judge Cynthia Imbrogno filed a Report and Recommendation on April 18, 2012, recommending Mr. Noriss's Motion to Voluntarily Dismiss be granted.  ECF No. 16.  There being no objections, the court **ADOPTS** the Report and Recommendation.  Plaintiff's Motion, **ECF No. 15**, is **GRANTED,** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

　　　　Plaintiff also filed a Motion to waive collection of the remaining balance of the filing fee in this action.  For good cause shown, **IT IS ORDERED that** Plaintiff's Motion, **ECF No. 17**, is **GRANTED** and the institution having custody

ORDER - - 1

1 of Mr. Norris shall cease collection of the filing fee in this action, cause number **CV-12-5009-CI.**

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff and close the file. The District Court Executive is further directed to send a copy of this Order to the Office of the **Department of Corrections, Attn: LFO/COS UNIT, P.O. Box 41107, Olympia, WA 98504-1107,** to forward to the appropriate agency having custody of Plaintiff. The District Court Executive also **shall** provide a copy of this Order to the Financial Administrator for the United States District Court, Eastern District of Washington.

**DATED** this 4th day of May 2012.

        *s/ Rosanna Malouf Peterson*
        ROSANNA MALOUF PETERSON
        Chief United States District Court Judge

ORDER - - 2